UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WAVY CURTIS SHAIN,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:20-cr-00097

### ORDER

This matter is before the Court on the government's motion for pretrial detention. The government sought defendant Wavy Curtis Shain's detention on the basis of that he poses an economic danger to the community, 18 U.S.C. § 1342(f)(1). The Court conducted an evidentiary hearing on September 22, 2020, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information from Pretrial Services, and for the reasons stated on the record, the Court finds that the government has sustained its burden of proving by clear and convincing evidence, that he poses an economic danger to the community.

The Court finds, as explained on the record, that there is no condition or combination of conditions that will ensure the safety of the community.

Accordingly, **IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on September 22, 2020.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge